1  **KRIS J. KRAUS**
California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LOUISA S. PORTER)**

11  UNITED STATES OF AMERICA,            )  Case No.  08MJ0067-01
                                         )
12         Plaintiff,                    )
                                         )
13  v.                                   )  **NOTICE OF ATTORNEY APPEARANCE**
                                         )
14  ENRIQUE LOPEZ-ARROYO,                )
                                         )
15         Defendant.                    )
                                         )
16  _____ )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

18  J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

19  above-captioned case.

20                                    Respectfully submitted,

21

22  Dated:  January 17, 2008            /s/ Kris J. Kraus
                                        **KRIS J. KRAUS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      Kris_Kraus@fd.org

25

26

27

28

1    **CERTIFICATE OF SERVICE**

2         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3    information and belief, and that  a copy of the foregoing document has been served this day upon:

4    U S Attorneys Office Southern District of California
     880 Front Street
5    Room 6293
     San Diego, CA 92101
6    (619)557-5610
     Fax: (619)557-5917
7    Email: Efile.dkt.gc2@usdoj.gov

8    Robert Carriedo
     Law Offices of Robert Carriedo
9    105 West F Street
     Suite 203
10   San Diego, CA 92101-6036
     (619)232-0900
11   Fax: (619)234-2529
     Email: robertcarriedo@sbcglobal.net

12

13   **Gary Paul Burcham**
     Law Offices of Gary P Burcham
14   964 Fifth Avenue
     Suite 300
15   San Diego, CA 92101
     (619)699-5930
16   Email: gburcham@sbcglobal.net

17   **Charles L Rees**
     Law Offices of Charles L Rees
18   424 F Street
     Suite D
19   San Diego, CA 92101
     (619)239-9300
20   Fax: (619)702-5415
     Email: charleslrees@yahoo.com

21

22

23   DATED:  January 17, 2008                    */s/ Kris J. Kraus*
                                                 **KRIS J. KRAUS**
24                                               Federal Defenders of San Diego, Inc.
                                                 Kris_Kraus@fd.org

25

26

27

28

                                               2