FILED

08 FEB -7 AM 11:56

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                      January 2007 Grand Jury      08 CR 0337 H

UNITED STATES OF AMERICA,        )   Criminal Case No. _____
                                 )
              Plaintiff,         )   I N D I C T M E N T
                                 )
     v.                          )   Title 21, U.S.C., Secs. 841(a)(1)
                                 )   and 846 - Conspiracy to
JOSE LOPEZ-SANCHEZ (1),          )   Distribute Marijuana; Title 21,
   aka Enrique Lopez-Arroyo,     )   U.S.C., Sec. 841(a)(1) -
FERNANDO OSUNA-HERNANDEZ (2),    )   Possession of Marijuana with
JOSE FRANCISCO PEREZ-GOMEZ (3),  )   Intent to Distribute;
                                 )   Title 18, U.S.C., Sec. 2 -
              Defendants.        )   Aiding and Abetting; Title 8,
                                 )   U.S.C., Secs. 1326(a) and (b) -
                                 )   Deported Alien Found in the United
_____)   States
```

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including January 7, 2008, within the Southern District of California, and elsewhere, defendants JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, FERNANDO OSUNA-HERNANDEZ and JOSE FRANCISCO PEREZ-GOMEZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 100 kilograms and more, to wit: 164.25 kilograms (362.10) pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

WDK:fer(1):San Diego
2/7/08

|   |   |
|---|---|
| 1 | <u>Count 2</u> |
| 2 | On or about January 7, 2008, within the Southern District of |
| 3 | California, defendants JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, |
| 4 | FERNANDO OSUNA-HERNANDEZ and JOSE FRANCISCO PEREZ-GOMEZ did knowingly |
| 5 | and intentionally possess, with intent to distribute 100 kilograms and |
| 6 | more, to wit: approximately 164.25 kilograms (362.10 pounds) of |
| 7 | marijuana, a Schedule I Controlled Substance; in violation of |
| 8 | Title 21, United States Code, Section 841(a)(1), and Title 18, United |
| 9 | States Code, Section 2. |
| 10 | <u>Count 3</u> |
| 11 | On or about January 7, 2008, within the Southern District of |
| 12 | California, defendant JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, |
| 13 | an alien, who previously had been excluded, deported and removed from |
| 14 | the United States to Mexico, was found in the United States, without |
| 15 | the Attorney General of the United States or his designated successor, |
| 16 | the Secretary of the Department of Homeland Security (Title 6, United |
| 17 | States Code, Sections 202(3) and (4), and 557), having expressly |
| 18 | consented to the defendant's reapplication for admission into the |
| 19 | United States; in violation of Title 8, United States Code, |
| 20 | Sections 1326(a) and (b). |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

It is further alleged that defendant JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, was removed from the United States subsequent to January 27, 2005.

DATED: February 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney