1  **KRIS J. KRAUS**
   California Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Jose Lopez-Sanchez (1)

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR0337-MLH |
| Plaintiff, ) | DATE: March 24, 2008 |
| ) | TIME: 2:00 p.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **JOSE LOPEZ-SANCHEZ (1)**, ) | |
| ) | (1) COMPEL DISCOVERY; |
| Defendant. ) | (2) PRESERVE EVIDENCE; |
| ) | (3) DISMISS THE INDICTMENT FOR |
| ) | GRAND JURY VIOLATION; AND |
| ) | (4) FOR LEAVE TO FILE FURTHER |
| ) | MOTIONS |

18  **TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        REBEKAH YOUNG, ASSISTANT UNITED STATES ATTORNEY:**
19

20      PLEASE TAKE NOTICE that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may

21  be heard, defendant, Jose Lopez-Sanchez, by and through his attorneys, Kris J. Kraus and Federal Defenders

22  of San Diego, Inc., will ask this Court to enter an order granting the following motions.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**MOTIONS**

Defendant, Jose Lopez-Sanchez, by and through his attorneys, Kris J. Kraus and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence:

(2) Dismiss the Indictment For Grand Jury Violation; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 29, 2008    *s/ Kris J. Kraus*
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Lopez-Sanchez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Rebekah Young,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Rebekah.Young@usdoj.gov

**Gary Paul Burcham**
Law Offices of Gary P Burcham
964 Fifth Avenue
Suite 300
San Diego, CA 92101
(619)699-5930
Email: gburcham@sbcglobal.net

**Charles L Rees**
Law Offices of Charles L Rees
424 F Street
Suite D
San Diego, CA 92101
(619)239-9300
Fax: (619)702-5415
Email: charleslrees@yahoo.com

Dated: February 29, 2008                /s/ *Kris J. Kraus*
                                        **KRIS J. KRAUS**
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail: Kris_Kraus@fd.org

08CR0337-MLH