1  **KRIS J. KRAUS**
California Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Jose Lopez-Sanchez (1)

6

7

8            UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10           **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,           )   CASE NO.: 08CR0337-MLH
                                        )
12              Plaintiff,              )   DATE: March 24, 2008
                                        )   TIME: 2:00 p.m.
13  v.                                  )
                                        )   NOTICE OF MOTIONS AND MOTIONS TO:
14  **JOSE LOPEZ-SANCHEZ (1),**         )
                                        )   (1)    COMPEL DISCOVERY;
15              Defendant.              )   (2)    PRESERVE EVIDENCE;
                                        )   (3)    DISMISS THE INDICTMENT FOR
16                                      )          GRAND JURY VIOLATION; AND
                                        )   (4)    FOR LEAVE TO FILE FURTHER
17  _____ )          MOTIONS

18  **TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        REBEKAH YOUNG, ASSISTANT UNITED STATES ATTORNEY:**

19

20          PLEASE TAKE NOTICE that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may

21  be heard, defendant, Jose Lopez-Sanchez, by and through his attorneys, Kris J. Kraus and Federal Defenders

22  of San Diego, Inc., will ask this Court to enter an order granting the following motions.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

**MOTIONS**

2
Defendant, Jose Lopez-Sanchez, by and through his attorneys, Kris J. Kraus and Federal Defenders

3
of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal

4
Procedure, and all other applicable statutes, case law, and local rules for an order to:

5
(1)     Compel Discovery;

6
(2)     Preserve Evidence:

7
(2)     Dismiss the Indictment For Grand Jury Violation; and

8
(3)     Grant Leave to File Further Motions.

9
These motions are based upon the instant motions and notice of motions, the attached statement of

10
facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

11
any and all other materials that may come to this Court's attention prior to or during the hearing of these

12
motions.

13
Respectfully submitted,

14

15
Dated: February 29, 2008                    *s/ Kris J. Kraus*

16
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.

17
Attorneys for Mr. Jose Lopez-Sanchez

18

19

20

21

22

23

24

25

26

27

28

08CR0337-MLH

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   Rebekah Young,
    Assistant United States Attorney
5   880 Front Street
    Room 6293
6   San Diego, CA 92101
    (619)557-5610
7   Fax: (619)557-3445
    Email: Rebekah.Young@usdoj.gov
8

9   **Gary Paul Burcham**
    Law Offices of Gary P Burcham
10  964 Fifth Avenue
    Suite 300
11  San Diego, CA 92101
    (619)699-5930
12  Email: gburcham@sbcglobal.net

13  **Charles L Rees**
    Law Offices of Charles L Rees
14  424 F Street
    Suite D
15  San Diego, CA 92101
    (619)239-9300
16  Fax: (619)702-5415
    Email: charleslrees@yahoo.com
17

18

19
    Dated: February 29, 2008                    /s/ *Kris J. Kraus*_____
20                                               **KRIS J. KRAUS**
                                                 Federal Defenders
21                                               225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
22                                               (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
23                                               e-mail: Kris_Kraus@fd.org

24

25

26

27

28