FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0337-H |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 21, U.S.C., Sections 846 and 841(a)(1) – Conspiracy to Distribute Marijuana |
| JOSE LOPEZ-SANCHEZ ) a.k.a. Enrique Lopez-Arroyo ) | |
| Defendant. ) | SUPERSEDING |

The United States Attorney charges:

On or about January 7, 2008, within the Southern District of California, defendant JOSE LOPEZ-SANCHEZ, a.k.a Enrique Lopez-Arroyo, did knowingly and intentionally conspire with other known and unknown persons to distribute 100 kilograms or more, to wit: approximately 164.25 kilograms (362.10 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: 4/3/08 .

KAREN P. HEWITT
United States Attorney

REBEKAH W. YOUNG
Assistant U.S. Attorney