AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA


FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LOPEZ-SANCHEZ<br>aka Enrique Lopez-Arroyo | CASE NUMBER: 08CR0337-H |

I, <u>JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo</u> the above named defendant, who is accused of committing the following offenses:

> Conspiracy to Distribute Marijuana, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) (Felony).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jose Lopez S* (signature)
JOSE LOPEZ-SANCHEZ
Defendant

*(signature)*
KRIS J. KRAUS
Counsel for Defendant

Before *(signature)*
JUDICIAL OFFICER