**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Lopez-Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 08CR0337-MLH |
| Plaintiff, ) | |
| v. ) | MOTION FOR AN ORDER RELEASING |
| ) | CRIMINAL HISTORY DOCUMENTS |
| JOSE LOPEZ-SANCHEZ, ) | |
| Defendant. ) | |

TO: CAROL C. LAM, UNITED STATES ATTORNEY;
REBEKAH YOUNG, ASSISTANT UNITED STATES ATTORNEY; AND
A. SCOTT MILLER, UNITED STATES PROBATION OFFICER:

Mr. Lopez-Sanchez respectfully requests an order granting the production of all documents relied upon by United States Probation in determining Mr. Lopez-Sanchez's alleged prior criminal history and law enforcement contacts. The requested documents are necessary in determining whether the criminal history score attributed to Mr. Lopez-Sanchez by the probation officer, as well as, the information in the pre-sentence report is correct.

Respectfully submitted,

DATED: May 15, 2008        **/s/ Kris J. Kraus**
                                            **KRIS J. KRAUS**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Lopez-Sanchez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Rebekah Young
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email:rebekah.young@usdoj.gov

**Gary Paul Burcham**
Law Offices of Gary P Burcham
964 Fifth Avenue
Suite 300
San Diego, CA 92101
(619)699-5930
Email: gburcham@sbcglobal.net

**Charles L Rees**
Law Offices of Charles L Rees
424 F Street
Suite D
San Diego, CA 92101
(619)239-9300
Fax: (619)702-5415
Email: charleslrees@yahoo.com

A courtesy copy has been served this day via electronic mail to:

A. Scott Miller
UNITED STATES PROBATION OFFICER
scottmiller/CASP/09/USCOURTS
/09/USCOURTS

Dated: May 15, 2008        /s/ Kris J. Kraus
                           KRIS J. KRAUS
                           Federal Defenders of San Diego, Inc
                           225 Broadway, Suite 900
                           San Diego, CA 92101-5030
                           (619) 234-8467 (tel)
                           (619) 687-2666 (fax)
                           e-mail: kris_kraus@fd.org