UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0337-H |
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| JOSE LOPEZ-SANCHEZ, | ) | |
| Defendant. | ) | |

Upon application of the defendant, Mr. Lopez-Sanchez, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all documents relied upon in determining Mr. Lopez-Sanchez's prior criminal history and law enforcement contacts.

**SO ORDERED.**

DATED: May 16, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Judge